NOTICE OF LIS PENDENS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 18-CR-175

CONRADO ADOLFO FRENZEL, aka "Otto,"
JORGE ALEJANDRO PAURA, aka "Larry,"
SANTIAGO VIDEMATO, aka "James Duggan,"
    aka "Ramona Ibarra,"
LUCIANO BRUNETTI, aka "Biff Tannen," aka "Lucho," and
LUCAS DANIEL PAURA, aka "Carl Carlson,"

    Defendants.

Prepared by/Return to:
Laura S. Kwaterski, AUSA
United States Attorney's Office
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

**Property ID: 74-42-43-13-23-015-1514**

[OWNER OF RECORD: GUBA INVESTMENT GROUP, LLC]

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on September 11, 2018, and is now pending in the United States District Court for the Eastern District of Wisconsin between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **1401 Village Blvd., #1514, West Palm Beach, Florida**, being the same premises conveyed to Guba Investment Group, LLC, on January 22, 2016, and recorded on January 29, 2016, in Palm Beach County in Book 28072, Pages 860-863, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Unit 1514, Building 15, of PONTE VERDE AT PALM BEACH LAKES, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 20707, Page 911, and all subsequent amendments thereto, together with its undivided share in the common elements, in the Public Records of Palm Beach County, Florida.

Property Identification Number: 74-42-43-13-23-015-1514.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 853. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2019.

                MATTHEW D. KRUEGER
                United States Attorney

By:
                s/LAURA S. KWATERSKI
                LAURA S. KWATERSKI
                Assistant United States Attorney
                Laura S. Kwaterski Bar Number: 1055485
                Attorney for Plaintiff
                Office of the United States Attorney
                Eastern District of Wisconsin
                517 East Wisconsin Avenue, Room 530
                Milwaukee, WI 53202
                Telephone: (414) 297-1700
                Fax: (414) 297-1738
                E-Mail: laura.kwaterski@usdoj.gov

Subscribed and sworn to before me
this 12th day of March, 2019.


s/CATHY L. TRAUTMAN
Notary Public, State of Wisconsin
My commission: expires 08/30/19

Prepared by/Return to:
Laura S. Kwaterski, AUSA
United States Attorney's Office
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202