# NOTICE OF LIS PENDENS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                       Case No. 18-CR-175

CONRADO ADOLFO FRENZEL, aka "Otto,"
JORGE ALEJANDRO PAURA, aka "Larry,"
SANTIAGO VIDEMATO, aka "James Duggan,"
    aka "Ramona Ibarra,"
LUCIANO BRUNETTI, aka "Biff Tannen," aka "Lucho," and
LUCAS DANIEL PAURA, aka "Carl Carlson,"

    Defendants.

Prepared by/Return to:
Laura S. Kwaterski, AUSA
United States Attorney's Office
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

**Property ID: 74-43-43-20-07-002-0110**

[OWNER OF RECORD: SQUARE CAFE INVESTMENT GROUP, LLC]

    NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on September 11, 2018, and is now pending in the United States District Court for the Eastern District of Wisconsin between the parties named in the above-referenced action.

    The United States of America is seeking to forfeit certain real property located at **706 Executive Center Drive, #11, West Palm Beach, Florida**, being the same premises conveyed to Square Cafe Investment Group, LLC, on February 5, 2016, and recorded on February 9, 2016, in Palm Beach County in Book 28092, Pages 1573-1574, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Condominium Unit 2-11, CLEAR LAKE CLUB CONDOMINIUM, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof recorded in Official Record Book 19705, Page 1138, as amended from time to time, of the Public Records of Palm Beach County, Florida.

Property Identification Number: 74-43-43-20-07-002-0110.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 853. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin, this 12th day of March, 2019.

                              MATTHEW D. KRUEGER
                              United States Attorney

By:

    s/LAURA S. KWATERSKI
    LAURA S. KWATERSKI
    Assistant United States Attorney
    Laura S. Kwaterski Bar Number: 1055485
    Attorney for Plaintiff
    Office of the United States Attorney
    Eastern District of Wisconsin
    517 East Wisconsin Avenue, Room 530
    Milwaukee, WI 53202
    Telephone: (414) 297-1700
    Fax: (414) 297-1738
    E-Mail: laura.kwaterski@usdoj.gov

Subscribed and sworn to before me
this 12th day of March, 2019.

s/CATHY L. TRAUTMAN
Notary Public, State of Wisconsin
My commission: expires 08/30/19

Prepared by/Return to:
Laura S. Kwaterski, AUSA
United States Attorney's Office
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

2